**No. 11-5278. Libne Sacor-Quijiux, Petitioner v. United States.**

565 U.S. 899, 132 S. Ct. 291, 181 L. Ed. 2d 175, 2011 U.S. LEXIS 5689.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 424 Fed. Appx. 264.